JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZHIRAYR ADZHEMYAN, | ) | Case No.: CV 12-7320 DSF (JCGx) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| WELLS FARGO HOME MORTGAGE, et al., | ) | |
| Defendants. | ) | |

_____

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of opposition to a motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: ___11/14/12_____

_____
Dale S. Fischer
United States District Judge